# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

142739 & (19)

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                                    SC: 142739
                                                                     COA: 301134
                                                                     Muskegon CC: 06-052984-FC

EDDIE RYAN LEWIS,
            Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the November 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand to the Court of Appeals is DENIED. The prison mailbox rule of MCR 7.205(A)(3) applies only to applications for leave to appeal to the Court of Appeals from lower court decisions or orders rendered on or after March 1, 2010. The motion for relief from judgment in this case was denied on November 6, 2009.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
                        Clerk

y1219